# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KRISTEN LEIGH VIATOR

VERSUS

JAMES PATRICK DUNPHY

NO.  2019 CW 1071

**AUGUST 20, 2019**

---

In Re:    James Patrick Dunphy, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 215621.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** Relator, James Patrick Dunphy, failed to provide a copy of the judgment, order, or ruling complained of (if by written judgment, order, or ruling), as well as a signed notice of intent and return date order, violations of Rule 4-5(C)(6) & (11) of the Uniform Rules of Louisiana Courts of Appeal.  Moreover, as these documents were not properly submitted, it is impossible to ascertain the timeliness of Dunphy's writ application.  See Rules 4-2 & 4-3, Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered.  Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT